# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:  RANDOLPH LAWRENCE IVES            Case No. 91-25237-KRH
        LANA QUIDLEY IVES
              Debtor(s)                            Chapter 7

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Dominion Bank-VISA<br>PO Box 13327<br>Roanoke, VA 24040 | $822.97 |

Date: October 20, 2011                                          /s/ Clara P. Swanson
                                                                       Clara P. Swanson, Trustee
                                                                       707 Mobjack Place
                                                                       Newport News, VA 23606
                                                                       (757) 873-8808 ext. 4

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing <u>Report of Deposit of Unclaimed Funds</u> electronically served or mailed to the Office of the United States Trustee on <u>October 20, 2011</u>.

                                                                       /s/ Clara P. Swanson
                                                                       Clara P. Swanson